# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JESSICA SMITH AND JOSEPH SMITH, Individually and on behalf of J.S., a minor, <br><br> Plaintiffs, <br><br> v. <br><br> WANABANA LLC, WANABANA USA LLC, WANABANA EXCHANGE, LLC, DOLLAR TREE, INC., DOLLAR TREE STORES, INC., AUSTROFOOD S.A.S., AUSTROFOOD CIA. LTDA., GRUPO NAVIS LLC a/k/a NAVIS LLC, CARIBBEAN PRODUCE EXCHANGE, LLC, and S&S NEGOCIOS ASOCIADOS MAYORISTAS NEGASMART S.A., <br><br> Defendants. | Civil Case No. 1:24-cv-2196 <br><br> Hon. Sharon Johnson Coleman <br> Magistrate: Hon. Beth W. Jantz |
| WANABANA LLC and WANABANA USA, LLC <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> S&S NEGOCIOS ASOCIADOS MAYORISTAS NEGASMART S.A., <br><br> Third-Party Defendant. | |

**MOTION TO WITHDRAW ANSWER AND AFFIRMATIVE DEFENSES**

Defendants WANABANA LLC and WANABANA USA, LLC (collectively referred to as "Defendants") hereby move to withdraw their answers and affirmative defenses in this action and consent to a default judgment with damages to be determined by the trier of fact. Defendants file this motion due to lack of financial resources to continue defending themselves. This Motion is

138126120.1

not an admission of any wrongdoing. This Motion shall not be construed as an admission of any of the allegations in the operative Compliant.

WHEREFORE, Defendants request that this Court enter an Order accepting the Defendants' withdrawal of their answers and affirmative defenses.

DATED: December 9, 2024

Respectfully submitted,

*/s/ Blair C. Hedges*
Blair C. Hedges
bhedges@carltonfields.com
**CARLTON FIELDS, P.A.**
200 S. Orange Avenue, Suite 1000
Orlando, Florida 32801
Telephone: (407) 849-0300
Facsimile: (407) 648-9099

*Counsel for Defendants*
*Wanabana LLC and Wanabana USA, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December 2024, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, and that the foregoing document has been served upon counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Blair C. Hedges*
Blair C. Hedges