UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| JESSICA SMITH and JOSEPH SMITH, Individually and on behalf of J.S., a minor, <br><br> Plaintiffs, <br><br> v. <br><br> WANABANA LLC, WANABANA USA LLC, WANABANA EXCHANGE, LLC, DOLLAR TREE, INC., DOLLAR TREE STORES, INC., AUSTROFOOD S.A.S., AUSTROFOOD CIA. LTDA., GRUPO NAVIS LLC a/k/a NAVIS LLC, CARIBBEAN PRODUCE EXCHANGE, LLC, and S&S NEGOCIOS ASOCIADOS MAYORISTAS NEGASMART S.A., <br><br> Defendants. | Civil Case No.: 1:24-cv-002196 <br><br> Hon. Sharon Johnson Coleman <br> U.S. Magistrate: Hon. Beth W. Jantz |

**DEFENDANT GRUPO NAVIS LLC'S MOTION TO DISMISS**
**THIRD AMENDED COMPLAINT (ECF NO. 113)**

Defendant Grupo Navis LLC ("Grupo Navis") submits this Motion to Dismiss Plaintiffs' Third Amended Complaint (ECF No. 113) pursuant to Fed. R. Civ. P. 12(b)(6) and 735 ILCS 5/2-621.

In support of this Motion, Grupo Navis submits contemporaneously herewith its accompanying Memorandum of Law in Support of this Motion to Dismiss.

WHEREFORE, Defendant Grupo Navis respectfully requests that the Court grant this Motion, dismiss Plaintiffs' Third Amended Complaint in its entirety and with prejudice, and award any additional relief the Court deems appropriate and just.

| | |
|---|---|
| Dated: April 10, 2025 | Respectfully Submitted,<br><br>**DOWD BENNETT LLP**<br><br>By: */s/ Matthew E. Johnson*<br>Matthew E. Johnson, IL Bar No. 6286501<br>1775 Sherman Street, Suite 2700<br>Denver, CO 80203<br>Tel: 303-353-4361<br>Email: mjohnson@dowdbennett.com<br><br>Michelle Nasser, IL Bar No. 6272777<br>222 W. Adams St., Suite 250<br>Chicago, IL 60606<br>Tel: 312-219-9104<br>Email: mnasser@dowdbennett.com<br><br>*Attorneys for Defendants Grupo Navis LLC and Caribbean Produce Exchange LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2025, this document was electronically filed with the Clerk of the Court for the Northern District of Illinois through the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.

By: */s/ Drishti Patel*